.

Page 1 of  2

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN A. TURNER,

    Petitioner,

v.                                                     4:11cv488-WS

MICHAEL D. CREWS,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation docketed April 22, 2014.  See Doc. 33.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied.  The petitioner has filed objections (doc. 38) to the magistrate judge's report and recommendation.

    Upon review of the record in light of the petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 33) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's petition for writ of habeas corpus (doc. 1) is DENIED.

3. The case shall be REMANDED to the magistrate judge to consider the petitioner's motion (doc. 37) for leave to amend his petition for writ of habeas corpus.

DONE AND ORDERED this ___20th___ day of ___June___, 2014.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE