IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN A. TURNER,

    Petitioner,

v.                                                     4:11cv488-WS

MICHAEL D. CREWS,

    Respondent.

---

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed June 30, 2014. See Doc. 40. The magistrate judge recommends that the petitioner's motion to amend be denied. The petitioner has filed objections (doc. 43) to the magistrate judge's report and recommendation.

Upon review of the record in light of the petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 40) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's motion (doc. 37) to amend his petition for writ of habeas corpus is DENIED.

3. The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus (doc. 1) is DENIED."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this ___3rd___ day of ____September____, 2014.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE